STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
CRISTINA D. SILVA
Nevada Bar No. 13760
FRANK J. COUMOU
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-5089
cristina.silva@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00180-JAD-PAL |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS (ECF No. 203) |
| EVERLY JAMES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney; and Cristina D. Silva, Assistant United States Attorneys, counsel for the United States of America, and Christopher Oram, Esq., counsel for defendant EVERLY JAMES, for the reasons set forth herein, that the Government's response to defendant's motion to suppress (ECF No. 203), currently due on October 19, 2017, be continued for six weeks for the following reasons:

1. Counsel for the Government advised the Defendant that there is additional evidence that could extend the currently charged conspiracy. Counsel for the Defendant would like to see that additional discovery so the parties can potentially engage in plea negotiations. The Government is currently producing that additional information to the Defendant and his Counsel.

2. Further, Defendant's counsel set scheduled to commence a first-degree murder trial in the State of Nevada in the next two weeks. The trial will limit counsel's availability to file a reply to the Government's response.

3. The defendant is in custody and but does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice because it will prevent the Defendant from receiving and reviewing additional information with his counsel, and his counsel the opportunity to file a fulsome reply to the Government's response.

5. This is the <u>first</u> request for continue the response to the motion to suppress.

DATED this 19th day of October, 2017.

            STEVEN W. MYHRE
            Acting United States Attorney

             /s/
            CRISTINA D. SILVA
            FRANK J. COUMOU
            Assistant United States Attorneys

             /s/
            CHRISTOPHER ORAM, ESQ.
            Counsel for Defendant James

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EVERLY JAMES,

    Defendant.

Case No.: 2:16-cr-00062-LRH-GWF

**ORDER**

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the Government advised the Defendant that there is additional evidence that could expand the currently charged conspiracy. Counsel for the Defendant would like to see that additional discovery so the parties can potentially engage in plea negotiations. The Government is currently producing that additional information to the Defendant and his Counsel.

2. Further, Defendant's counsel set scheduled to commence a first-degree murder trial in the State of Nevada in the next two weeks. The trial will limit counsel's availability to file a reply to the Government's response.

3. The defendant is in custody and but does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice because it will prevent the Defendant from receiving and

1

reviewing additional information with his counsel, and his counsel the opportunity to file a fulsome reply to the Government's response.

5. This is the <u>first</u> request for continue the response to the motion to suppress.

For all of the above-stated reasons, the end of justice would best be served by a six-week continuation of the deadline for the Government to file its response to the Defendant's Motion to Suppress (ECF No. 203).

## ORDER

IT IS ORDERED that the Government's deadline to respond to the Defendant's motion to suppress, currently scheduled for October 19, 2017, be vacated and continued to _____November 30_____, 2017.

DATED this 26th day of October, 2017.

_____
THE HONORABLE PEGGY A. LEEN
United States Magistrate Judge