STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
CRISTINA D. SILVA
Nevada Bar No. 13760
FRANK J. COUMOU
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-5089
cristina.silva@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00180-JAD-PAL |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS (ECF No. 203) - Second Request |
| EVERLY JAMES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney; and Cristina D. Silva, Assistant United States Attorneys, counsel for the United States of America, and Christopher Oram, Esq., counsel for defendant EVERLY JAMES, for the reasons set forth herein, that the Government's response to defendant's motion to suppress (ECF No. 203), currently due on November 30, 2017, be continued for three (3) weeks for the following reasons:

1. Counsel for the Government recently provided the Defendant with additional evidence that could extend the currently charged conspiracy. Counsel for the Defendant needs additional time to review the discovery and discuss it with his client.

2. Further, Defendant's counsel has been in a State of Nevada homicide trial for several weeks. As of November 27, 2017, the jury is deliberating.

3. The defendant is in custody and but does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice because it will prevent the Defendant from receiving and reviewing additional information with his counsel, and it could also deny the parties an opportunity to engage in more fulsome plea negotiations.

5. This is the <u>second</u> request for continue the response to the motion to suppress.

DATED this 27th day of November, 2017.

STEVEN W. MYHRE
Acting United States Attorney

/s/
CRISTINA D. SILVA
FRANK J. COUMOU
Assistant United States Attorneys

/s/
CHRISTOPHER ORAM, ESQ.
Counsel for Defendant James

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA, )
                        ) Case No.: 2:17-cr-00180-JAD-PAL
           Plaintiff, )
                        ) **ORDER**
           vs. )
                        )
EVERLY JAMES, )
                        )
          Defendant. )

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the Government recently provided the Defendant with additional evidence that could extend the currently charged conspiracy. Counsel for the Defendant needs additional time to review the discovery and discuss it with his client.

2. Further, Defendant's counsel has been in a State of Nevada homicide trial for several weeks. As of November 27, 2017, the jury is deliberating.

3. The defendant is in custody and but does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice because it will prevent the Defendant from receiving and reviewing additional information with his counsel, and it could also deny the parties an opportunity to engage in more fulsome plea negotiations.

5. This is the <u>second</u> request for continue the response to the motion to suppress.

For all of the above-stated reasons, the end of justice would best be served by a three-week continuation of the deadline for the Government to file its response to the Defendant's Motion to Suppress (ECF No. 203).

## ORDER

IT IS ORDERED that the Government's deadline to respond to the Defendant's motion to suppress, currently scheduled for November, 2017, be vacated and continued to December 21, 2017.

DATED this 1st day of December, 2017.

THE HONORABLE PEGGY A. LEEN
United States Magistrate Judge