DAYLE ELIESON
United States Attorney
District of Nevada
CRISTINA D. SILVA
Nevada Bar No. 13760
FRANK J. COUMOU
Nevada Bar No. 4577
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-5087
cristina.silva@usdoj.gov
frank.coumou@usdoj.gov
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EVERLY JAMES,<br><br>    Defendant. | Case No.: 2:17-cr-00180-JAD-PAL<br><br>STIPULATION TO CONTINUE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS (ECF No. 267) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney; and Cristina D. Silva and Frank J. Coumou, Assistant United States Attorneys, counsel for the United States of America, and Christopher R. Oram, Esq., counsel for defendant EVERLY JAMES, for the reasons set forth herein, that the Government's response to defendant's motion to dismiss (ECF No. 267), which is currently due on February 14, 2018, be continued for one week.

| | |
|---|---|
| 1 | The parties respectfully requests that this stipulation be granted for the |
| 2 | following reasons: |
| 3 |     1.    Taking into account due diligence, the United States needs additional |
| 4 | time to confer with its case agents in order to respond to the motion to dismiss. |
| 5 |     2.    Counsel for the Defendant does not have an objection to the brief |
| 6 | continuance of the response deadline. |
| 7 |     3.    The defendant is in custody and but does not object to the brief |
| 8 | continuance of the response deadline. |
| 9 |     4.    This is the <u>first</u> request to continue the response deadline to the motion |
| 10 | to dismiss. |

DATED this 12th day of February, 2018.

DAYLE ELIESON  
United States Attorney

/s/  
CHRISTOPHER R. ORAM, ESQ.  
Counsel for the Defendant

/s/  
CRISTINA D. SILVA  
FRANK J. COUMOU  
Assistant United States Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EVERLY JAMES,

    Defendant.

Case No.: 2:17-cr-00180-JAD-PAL

**ORDER**

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Taking into account due diligence, the United States needs additional time to confer with its case agents in order to respond to the motion to dismiss.

2. Counsel for the Defendant does not have an objection to the brief continuance of the response deadline.

3. The defendant is in custody and but does not object to the brief continuance of the response deadline.

4. This is the <u>first</u> request to continue the response deadline to the motion to dismiss.

    For all of the above-stated reasons, the end of justice would best be served by a one week continuance of the Government's deadline to respond to Defendant's motion to dismiss. ECF No. 267.

## ORDER

IT IS ORDERED that the Government's deadline to respond to the Defendant's motion to dismiss (ECF No. 267), that was previously scheduled for February 14, 2018, be vacated and continued to February 21, 2018.

DATED this 15th day of February, 2018.

THE HONORABLE PEGGY A. LEEN
United States Magistrate Judge

2