# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00180-JAD-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Mot Contact Visit – ECF No. 239) |
| EVERLY JAMES, | |
| Defendant. | |

Before the court is defendant Everly James' ("James") Motion for Order Allowing Mr. James a Contact Visit with His Minor Child (ECF No. 239). No opposition has been filed and the time for filing an opposition has expired.

The court contacted the United States Marshal Service ("USMS") to inquire about USMS national policy on this matter. The court was informed that the policy of the USMS, which is included as part of the contract with the Nevada Southern Detention Center, is that contact visits are only allowed between detainees and counsel of record in their case.

The court appreciates Mr. James' natural desire to have contact visitation with his newborn child. However, almost all pretrial detainees would like to have contact visits with their loved ones, and if the court grants this request other detainees will undoubtedly insist on similar treatment. A pretrial detention facility is intended to hold inmates on a short term basis, and is simply not set up or staffed to allow contact visits except with counsel of record. The court will therefore deny the motion.

/ / /

/ / /

/ / /

**IT IS ORDERED** that James' Motion for Order Allowing Contact Visit with His Minor Child (ECF No. 239) is **DENIED**.

DATED this 22nd day of February, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE