CHRISTOPHER R. ORAM, ESQ
Nevada Bar No. 004349
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
(702) 384-5563
E-Mail: contact@christopheroramlaw.com

Attorney for Defendant
EVERLY JAMES

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EVERLY JAMES<br><br>Defendants. | CASE NO. 2:17-cr-00180-JAD-PAL<br><br>**STIPULATION TO CONTINUE THE REPLY TO THE GOVERNMENT'S RESPONSE (ECF No. 278) TO DEFENDANT'S MOTION TO DISMISS (ECF No. 267)(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Cristina D. Silva, Assistant United States Attorney, and Everly James, by and through his attorney, Christopher R. Oram, that the Reply to the Government's Response to Defendant's Motion to Dismiss, currently due on Wednesday, February 28, 2018, be continued for two (2) weeks, until March 14, 2018, for the following reasons:

1. Counsel for the Defendant requires additional time to draft a Reply to the Government's Response and to discuss the Government's Response and the Reply with the Defendant.

2. The defendant is in custody and does not object to this stipulation.

3. Denial of this request could result in a miscarriage of justice because it prevents counsel for the Defendant from having meaningful discussions with the Defendant concerning the Reply.

4. This is the first request to continue the Reply to the Government's Response to Defendant's Motion to Dismiss.

| /s/ Cristina D. Silva    02/26/2018 | /s/ Christopher R. Oram      02/26/2018 |
|---|---|
| CRISTINA SILVA   DATE | CHRISTOPHER R. ORAM    DATE |
| Assistant United States Attorney | Counsel for Defendant E. James |

CHRISTOPHER R. ORAM, LTD.
520 SOUTH 4TH STREET | SECOND FLOOR
LAS VEGAS, NEVADA 89101
TEL. 702.384.5563 | FAX. 702.974.0623

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Counsel for the Defendant requires additional time to draft a Reply to the Government's Response and to discuss the Government's Response and the Reply with the Defendant.

2. The defendant is in custody and does not object to this stipulation.

3. Denial of this request could result in a miscarriage of justice because it prevents counsel for the Defendant from having meaningful discussions with the Defendant concerning the Reply.

4. This is the first request to continue the Reply to the Government's Response to Defendant's Motion to Dismiss.

For all of the above-stated reasons, the end of justice would best be served by a two week continuance of the deadline for the Defendant to file his Reply to the Government's Response to Defendant's Motion to Dismiss.

## **ORDER**

IT IS ORDERED that the Defendant's deadline to respond to the Government's Response to Defendant's Motion to Dismiss, currently scheduled for February 28, 2018, be vacated and continued to ____March 14____, 2018.

DATED this 2nd day of March, 2018.

_____
THE HONORABLE PEGGY A. LEEN
United States Magistrate Judge

CHRISTOPHER R. ORAM, LTD.
520 SOUTH 4TH STREET | SECOND FLOOR
LAS VEGAS, NEVADA 89101
TEL. 702.384.5563 | FAX. 702.974-0623