CHRISTOPHER R. ORAM, ESQ
Nevada Bar No. 004349
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
(702) 384-5563
E-Mail: contact@christopheroramlaw.com
Attorney for Defendant
EVERLY JAMES

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>vs.<br><br>EVERLY JAMES<br>      Defendant. | CASE NO. 2:17-cr-00180-JAD-PAL<br><br>**STIPULATION TO CONTINUE OBJECTIONS TO THE REPORT AND RECOMMENDATION DENYING THE MOTION TO DISMISS INDICTMENT (ECF No. 335)(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Tony Lopez, Assistant United States Attorney, and Everly James, by and through his attorney, Christopher R. Oram, that the Objections to the Report and Recommendations Denying the Motion to Dismiss (ECF No. 335), currently due by Friday, May 18, 2018, be continued for two (2) weeks, until Friday June 1, 2018, for the following reasons:

1. Plea negotiations are continuing in the instant case and the parties desire to attempt to resolve the case prior to any objections being filed. Counsel for the Government recently appeared on this case and requires additional time to prepare an offer in the case.

2. The defendant is in custody and does not object to this stipulation.

3. Denial of this request could result in a miscarriage of justice

4. This is the first request to continue the Objections to the Report and Recommendation denying the Motion to Dismiss.

/s/ Tony Lopez    05/17/2018          /s/ Christopher R. Oram    05/17/2018
TONY LOPEZ  DATE                      CHRISTOPHER R. ORAM    DATE
Assistant United States Attorney      Counsel for Defendant E. James

1

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Plea negotiations are continuing in the instant case and the parties desire to attempt to resolve the case prior to any objections being filed. Counsel for the Government recently appeared on this case and requires additional time to prepare an offer in the case.

2. The defendant is in custody and does not object to this stipulation.

3. Denial of this request could result in a miscarriage of justice

4. This is the first request to continue the Objections to the Report and Recommendation denying the Motion to Dismiss.

For all of the above-stated reasons, the end of justice would best be served by a two week continuance of the deadline for the Defendant to file Objections to the Report and Recommendations Denying the Motion to Dismiss.

## ORDER

IT IS ORDERED that the Defendant's deadline to object to the Report and Recommendation Denying the Motion to Dismiss currently scheduled for May 18, 2018, be vacated and continued to June 1, 2018.

DATED: 5/22/2018
Nunc Pro Tunc: 5/18/2018

_____
Jennifer A. Dorsey
U.S. District Judge